73 A.3d 1258

IN THE MATTER OF JOHN A. KLAMO, AN ATTORNEY
AT LAW (ATTORNEY NO. 009161982).

September 25, 2013.

## ORDER

This matter having been duly presented, it is ORDERED that
**JOHN A. KLAMO,** of **CHERRY HILL,** who was admitted to the
bar of this State in 1982, and who was suspended from the
practice of law for a period of three months effective May 27, 2013,
by Order of this Court filed April 26, 2013, be restored to the
practice of law, effective immediately; and it is further

ORDERED respondent shall practice law under the supervision
of a practicing attorney approved by the Office of Attorney Ethics
for a period of two years and until the further Order of the Court;
and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics on a quarterly basis, monthly reconciliations of his
attorney accounts prepared by an accountant, for a period of two
years and until the further Order of the Court.